No. A–884. HAYES v. CANNON ET AL. C. A. 9th Cir. Application for stay and/or other relief, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–477. IN RE DISBARMENT OF KENNEDY. Disbarment entered. [For earlier order herein, see 469 U. S. 1203.]

No. D–483. IN RE DISBARMENT OF BOND. Disbarment entered. [For earlier order herein, see 470 U. S. 1047.]

No. D–499. IN RE DISBARMENT OF JACOB. It is ordered that Felix Saul Jacob, of Towson, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–500. IN RE DISBARMENT OF WALTERS. It is ordered that Harris N. Walters, of Boynton, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–501. IN RE DISBARMENT OF CHARTIER. It is ordered that Charles A. Chartier, of Junction City, Kan., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–502. IN RE DISBARMENT OF ATKINS. It is ordered that Benjamin Sloan Atkins, of Atlanta, Ga., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 83–703. FLORIDA POWER & LIGHT CO. v. LORION, DBA CENTER FOR NUCLEAR RESPONSIBILITY, ET AL.; and

No. 83–1031. UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL. v. LORION, DBA CENTER FOR NUCLEAR RESPONSIBILITY, ET AL., 470 U. S. 729. Motion of respondent Lorion to retax costs denied.